UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:04-cr-043-RCJ-GWF |
| vs. | ) |
| SHARON RECORDS, | ) |
| Defendant. | ) |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#4) on October 10, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** Bank of America

**Total Amount of Restitution Ordered:** $126,146.09

Dated this __31st__ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE